# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Christopher Handy
Pro Se DOC No. 2092751
6606 Apollo St.
Houston TX 77091

Judgment on rehearing rendered and mailed to all parties or counsel of record on December 30, 2020

## REHEARING ACTION: December 30, 2020

**Docket Number: 19   00593-KH**

**STATE OF LOUISIANA
VERSUS
CHRISTOPHER HANDY**

**Writ Application from St. Landry Parish Case No. 88-99 C**

**BEFORE JUDGES:**

   **Hon. Elizabeth A. Pickett
   Hon. John E. Conery
   Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Christopher Handy** is:

   **REHEARING DENIED.**
   *See* Uniform Rules–Courts of Appeal, Rule 2-18.7.

cc: Earl B. Taylor, Counsel for  the Respondent